# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

COTTRELL MARSHALL, JR.,

        Petitioner,    :    Case No. 2:24-cv-401

 - vs -    District Judge Michael H. Watson
   Magistrate Judge Michael R. Merz

BILL COOL, WARDEN, Ross Correctional Institution,

   :
        Respondent.

## REPORT AND RECOMMENDATIONS

    This is a habeas corpus action pursuant to 28 U.S.C. § 2254, brought by Petitioner Cottrell Marshall to obtain relief from his convictions in the Franklin County Court of Common Pleas for various prostitution-related offenses. The Magistrate Judge has now twice noted that the Petition does not conform to Rule 2 of the Rules Governing §2254 Cases in that it is not signed. On February 5, 2024, the Court ordered Petitioner's counsel to file a signed Petition forthwith. She has not done so.

    It is accordingly recommended the Petition be dismissed without prejudice for failure to comply with the Court's Order.

February 22, 2024.

                                                      s/ *Michael R. Merz*
                                                      United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.