# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Cottrell Marshall, Jr.,**

    **Petitioner,**                            Case No. 2:24-cv-401

    v.                                    Judge Michael H. Watson

**Warden, Ross Correctional Institution,**          Magistrate Judge Merz

    **Respondent.**

## ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz, ECF No. 15, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and, noting that no objections were filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** with prejudice. Petitioner is **DENIED** any requested certificate of appealability, and the Court hereby **CERTIFIES** to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

    IT IS SO ORDERED.

                                                */s/ Michael H. Watson*
                                                **MICHAEL H. WATSON, JUDGE**
                                                **UNITED STATES DISTRICT COURT**